United States District Court
Southern District of Texas
**ENTERED**
March 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CASSANDRE RILEY,

    Plaintiff,

Case No.: 4:16-cv-3456-SL

v.

APOLLO HEALTHCARE AT SUGARLAND LP,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Cassandre Riley ("Plaintiff") and Defendant Apollo Healthcare at Sugarland LP ("Defendant"), have stipulated to the dismissal with prejudice of the above-captioned case.

In accordance with the Parties' stipulation, it is ordered that Civil Action Number 4:16-cv-3456-SL and all claims asserted therein are dismissed with prejudice as fully settled upon the merits. Each party shall bear her or its own costs and fees.

Signed this **27th** day of **MARCH**, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE